THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM F. BOWDEN, Appellant, *v.* RHINELANDER WALDO, as Police Commissioner of the City of New York, Respondent.

*People ex rel. Bowden* v. *Waldo.* 159 App. Div. 924, affirmed. (Argued June 4, 1914; decided June 18, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 28, 1913, which dismissed a writ of certiorari and confirmed the proceedings of the defendant in dismissing the relator from the police force of the city of New York.

*William E. Murphy* and *Joseph E. Cavanaugh* for appellant.

*Frank L. Polk, Corporation Counsel (James D. Bell* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, HOGAN, MILLER and CARDOZO, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. RICHARD L. SANGUINITTO, Appellant, *v.* RHINELANDER WALDO, as Police Commissioner of the City of New York, Respondent.

*People ex rel. Sanguinitto* v. *Waldo,* 159 App. Div. 924, affirmed. (Submitted June 4, 1914; decided June 18, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 28, 1913, which dismissed a writ of certiorari and confirmed the proceedings of the defendant in dis-

missing the relator from the police force of the city of New York.

*Edwin Welling Cady* for appellant.

*Frank L. Polk, Corporation Counsel (James D. Bell* and *Frank Julian Price* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HIS-COCK, CHASE, HOGAN, MILLER and CARDOZO, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES REILLY, Appellant, *v.* JOSEPH JOHNSON, as Fire Commissioner of the City of New York, Respondent.

*People ex rel. Reilly* v. *Johnson*, 163 App. Div. 884, affirmed. (Submitted June 4, 1914; decided June 18, 1914.).

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 1, 1914, which dismissed a writ of certiorari and confirmed the proceedings of the defendant in dismissing the relator from the fire department of the city of New York.

. *David M. Neuberger* for appellant.

*Frank L. Polk, Corporation Counsel (Terence Farley* and *Leon N. Futter* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HIS-COCK, CHASE, HOGAN, MILLER and CARDOZO, JJ.